AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| LAQUANA CAMPOS, on behalf of herself and her minor child, K.C.; TOSHA ADAMS; NORMAN MARSH; and BETTI RODNYANSKAYA, individually and on behalf of all persons similarly situated,<br>*Plaintiff(s)*<br>v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br>*Defendant(s)* | Civil Action No. 21cv5143 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kilolo Kijakazi, c/o Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001;
U.S. Attorney's Office for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201;
Social Security Administration, Office of the Regional Cheif Counsel, Region II, 26 Federal Plaza, Room 3904, New York, New York 10278-0004.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Danielle Tarantolo, New York Legal Assistance Group, 100 Pearl Street, 19th Floor, New York, New York 10004;
Kathryn Lang, 1444 Eye Street NW, Suite 1100, Washington, D.C. 20005;
Sheila Boston, Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, New York 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 9/16/2021

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: