

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, New York 11201*

March 4, 2022

**By ECF**
The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Laquana Campos, et al. v. Kilolo Kijakazi,*
     Civ. No. 21-CV-5143 (Kovner, J.)

Dear Judge Kovner:

  This Office represents Defendant Kilolo Kijakazi, Acting Commissioner of the U.S. Social Security Administration ("SSA") in the above-referenced action. *See* Compl., ¶ 1, Dkt. No. 1. Although the parties are currently engaged in motion practice, the parties are also interested in determining whether all or some of the claims raised in this case could be resolved. To that end, the parties respectfully request that the Court direct the Clerk of the Court to assign a magistrate judge to this case for the purposes of conducting a settlement conference with the parties.

  By way of background, Plaintiffs challenge an SSA rule change implemented during the COVID-19 pandemic as arbitrary and capricious and seek several forms of relief, including: (1) certification of this matter as a class action pursuant to Rules 23(a) and 23(b)(2); (2) vacatur of the challenged rule as arbitrary and capricious; (3) a declaratory judgment with respect to the challenged rule; and (4) an injunction remedying harms that Plaintiffs perceive with respect to the challenged rule.

  On October 26, 2021, Plaintiffs served a motion for a preliminary injunction and provisional class certification ("Consolidated Motion"). *See* Dkt. No. 9. On February 25, 2022, Defendant served its opposition to the Consolidated Motion. *See* Dkt. No. 18. Plaintiffs are due to serve their reply and the fully briefed motion is due to be filed on March 28, 2022. *See* Court's Order dated January 11, 2022.

  After conferring recently, the parties agreed that referral to a magistrate judge for a settlement conference would assist both sides in efforts to reach a resolution. Accordingly, the parties request that the Court direct the Clerk of the Court to assign this case to a magistrate judge for purposes of conducting a settlement conference. This request does not affect any other deadlines in this matter.

The parties thank the Court for considering this request.

Respectfully submitted,

BREON PEACE
United States Attorney
*Attorney for Defendant*

By: s/ *Dara A. Olds*
DARA A. OLDS
DAVID A. COOPER
Assistant U.S. Attorneys
(718) 254-6228/6148
dara.olds@usdoj.gov
david.cooper4@usdoj.gov

cc: **By ECF**
(*All Counsel of Record*)