UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
LAQUANA CAMPOS, on behalf of herself and her
minor child, K.C.; TOSHA ADAMS; NORMAN
MARSH; and BETTI RODNYANSKAYA, individually
and on behalf of all persons similarly situated,

       Plaintiffs,      Case No. 21-cv-05143

  -against-          **NOTICE OF MOTION**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,   ORAL ARGUMENT
                   REQUESTED

       Defendant.
-------------------------------------------------------------------------x

  PLEASE TAKE NOTICE that upon the pleadings, including the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification, and declarations with exhibits in support thereof, Plaintiffs Laquana Campos, on behalf of herself and her minor child, K.C., Tosha Adams, Norman Marsh, and Betti Rodnyanksaya (together, "Plaintiffs"), will move this Court, before the Honorable Rachel Kovner, United States District Judge of the Eastern District of New York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on a date and time designated by the Court for oral argument, for an Order granting (a) Plaintiffs' motion for a preliminary injunction pursuant to Fed. R. Civ. P. 65(a); (b) Plaintiffs' motion for provisional certification of a class pursuant to Fed. R. Civ. P. 23(a) and (b)(2); and (c) granting such other and further relief as this Court deems just and proper.

Dated: October 26, 2021
New York, New York

By: /s/ *Sheila S. Boston*
Sheila S. Boston
Carmela T. Romeo
Tyler J. Fink (*pro hac vice* to be filed)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Email: sheila.boston@arnoldporter.com
Email: carmela.romeo@arnoldporter.com
Email: tyler.fink@arnoldporter.com

| | |
|---|---|
| Kathryn Lang (*pro hac vice* to be filed) | Danielle Tarantolo |
| Regan Bailey (*pro hac vice* to be filed) | Michelle Spadafore |
| Carol Wong (*pro hac vice* to be filed) | Elizabeth Jois |
| JUSTICE IN AGING | Jessica Ranucci |
| 1444 Eye Street NW, Suite 1100 | NEW YORK LEGAL ASSISTANCE GROUP |
| Washington, DC 20005 | 100 Pearl Street, 19th Floor |
| Telephone: (202) 683-1997 | New York, NY 10004 |
| Email: klang@justiceinaging.org | Telephone: (212) 613-5000 |
| Email: rbailey@justiceinaging.org | Facsimile: (212) 750-0820 |
| Email: cwong@justiceinaging.org | Email: dtarantolo@nylag.org |
| | Email: mspadafore@nylag.org |
| | Email: ejois@nylag.org |
| | Email: jranucci@nylag.org |