UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
LAQUANA CAMPOS, on behalf of herself and her
minor child, K.C.; TOSHA ADAMS; NORMAN
MARSH; and BETTI RODNYANSKAYA, individually
and on behalf of all persons similarly situated,

                Plaintiffs,                        **No. 21 Civ. 5143 (RPK)(VMS)**


                -against-

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
-------------------------------------------------------------------------x

## NOTICE OF MOTION FOR CERTIFICATION OF SETTLEMENT CLASS AND FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Motion for Certification of Settlement Class and Final Approval of Class Action Settlement,

and declaration with exhibits in support thereof, Plaintiffs Laquana Campos, on behalf of herself

and her minor child, K.C., Tosha Adams, Norman Marsh, and Betti Rodnyanksaya (together,

"Plaintiffs"), will move this Court, before the Honorable Vera Scanlon, United States Magistrate

Judge of the Eastern District of New York, United States Courthouse, 225 Cadman Plaza East,

Brooklyn, New York, 11201, to certify a settlement class described in the aforementioned

Memorandum of Law, pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure, and for

an order granting final approval of this class action settlement, attorneys' fees, and litigation

expenses.[1] A proposed Order is also being submitted herewith.

---

[1] Defendant consents to Plaintiffs' request, however Defendant's consent should not be construed as its adoption or endorsement of allegations and arguments advanced by Plaintiffs that relate to the substantive merits of this case.

Dated: August 04, 2023
New York, New York

By: */s/ Danelle Tarantolo*

Kathryn Lang
Regan Bailey
Carol Wong
JUSTICE IN AGING
1444 Eye Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 683-1997
Email: klang@justiceinaging.org
Email: rbailey@justiceinaging.org
Email: cwong@justiceinaging.org

Danielle Tarantolo
Michelle Spadafore
Elizabeth Jois
Jessica Ranucci
NEW YORK LEGAL ASSISTANCE GROUP
100 Pearl Street, 19th Floor
New York, NY 10004
Telephone:  (212) 613-5000
Facsimile:  (212) 750-0820
Email:  dtarantolo@nylag.org
Email:  mspadafore@nylag.org
Email:  ejois@nylag.org
Email:  jranucci@nylag.org

Sheila S. Boston
Carmela T. Romeo
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone:  (212) 836-8000
Email:  sheila.boston@arnoldporter.com
Email:  carmela.romeo@arnoldporter.com